THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TERRY J. GREENSLIT,<br><br>    Plaintiff,<br><br>v.<br><br>TROY SCHROEDER d/b/a Schroeder Plumbing & Heating,<br><br>    Defendant. | Case No. _____<br><br>Union County No. LACV018228<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION AND RULE 81.1 STATEMENT** |

**COMES NOW** the named Defendant, Troy Schroeder d/b/a Schroeder Plumbing & Heating, and pursuant to 28 U.S.C. §§ 1331, 1441(c), and 1446, and hereby gives notice of the removal of this cause of action from the Iowa District Court for Union County, to the United States District Court for the Southern District of Iowa, and in support thereof states the following:

1.  Plaintiff Terry Greenslit filed his Petition at Law in the Iowa District Court for Union County on or about March 9, 2017. Counsel for the named Defendant Troy Schroeder d/b/a Schroeder Plumbing & Heating's accepted service of the Original Notice and Petition on or about March 20, 2017. Pursuant to 28 U.S.C. § 1446(a), copies of the documents are attached as Exhibit A.

2.  This cause of action may be removed from the Iowa District Court for Union County to the United States District Court for the Southern District of Iowa,

pursuant to 28 U.S.C. § 1331. Plaintiff's Petition alleges claims under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.* (See Pl's Pet., at ¶ 3).

3. "Federal district courts may exercise removal jurisdiction only where they would have had original jurisdiction had the suit been filed in federal court." *Krispin v. May Dep't Stores Co.*, 218 F.3d 919, 922 (8th Cir. 2000). "[A] district court's federal question jurisdiction extends only to 'civil actions arising under the Constitution, laws, or treaties of the United States.'" *Mamot Feed Lot & Trucking v. Hobson*, 539 F.3d 898, 902 (8th Cir. 2008) (*quoting* 28 U.S.C. § 1331).

4. Under the well-pleaded complaint rule, "jurisdiction is established only if a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Pet Quarters, Inc. v. Depository Trust & Clearing Corp.*, 559 F.3d 772, 779 (8th Cir. 2009). The well-pleaded complaint rule is satisfied here, where the Plaintiff has clearly alleged a violation of the Fair Labor Standards Act (*See* Pl's Pet.). This Court retains federal question jurisdiction over FLSA claims. *Olson v. Rembrandt Printing, Inc.,* 375 F.Supp. 413, 416-17 (E.D. Mo. 1974).

5. Pursuant to Local Rule 81(a)(2), Defendant states that the only matter currently pending is the state court matter removed by this Notice. The attorney appearing on behalf of the Plaintiff in the state court matter is Harley C. Erbe, 2501 Grand Avenue, Des Moines, Iowa 50312, telephone (515) 281-1460, and facsimile (515) 281-1474.

**WHEREFORE**, for the reasons stated herein, this Court has jurisdiction over this matter pursuant to for the reasons stated herein, this Court has jurisdiction over this

matter pursuant to 28 U.S.C. § 1331, and over the parties, and removal is proper pursuant to 28 U.S.C. § 1441.

> BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.
>
> By:    /s/ Patrick D. Smith
>      Patrick D. Smith  AT0007392
>      801 Grand Avenue, Suite 3700
>      Des Moines, IA 50309-8004
>      Phone: (515) 246-5891
>      Fax: (515) 246-5808
>      E-Mail: smith.patrick@bradshawlaw.com
>
> ATTORNEYS FOR DEFENDANT

Copy to:

Harley C. Erbe
Erbe Law Firm
2501 Grand Avenue
Des Moines, IA 50312

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on March 21, 2017 by:

☐ U.S. Mail      ☐ FAX
☐ Hand Delivered      ☐ UPS
☐ Federal Express      ☒ Other  CM/ECF

 /s/ Donna Henkels